# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NICOLE HENRY | § | |
| | § | |
| V. | § | CASE NO. 4:11-CV-83 |
| | § | Judge Schneider/Judge Mazzant |
| CITIMORTGAGE, INC., ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 10, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that CitiMortgage, Inc.'s Motion to Dismiss (Dkt. #8) should be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that CitiMortgage, Inc.'s Motion to Dismiss (Dkt. #8) is **GRANTED** with prejudice and the entire case is **DISMISSED**.

**IT IS SO ORDERED.**

**SIGNED this 7th day of June, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE